## THE STATE v. BROADWELL.

APPEAL: CRIMINAL CASE: INCOMPLETE RECORD: NO APPEARANCE FOR APPELLANT: NO ERROR FOUND.

*Appeal from Pottawattamie District Court*—HON. C. F. LOOFBOUROW, Judge.

WEDNESDAY, DECEMBER 21, 1887.

INDICTMENT for obtaining money under false pretenses. Trial by jury, verdict guilty, and judgment. The defendant appeals.

No appearance for appellant.

*A. J. Baker, Attorney-general,* for the State.

SEEVERS, J.—This cause was submitted on a written transcript, and the record before us contains the indictment, charge of the court and motion for a new trial, which sets up several grounds upon which a new trial was asked and overruled. In the absence of any other showing, we may well suppose the errors relied on are therein stated. We are unable to determine whether the first, second, third, sixth, eighth, ninth, tenth, eleventh, twelfth, thirteenth, sixteenth and seventeenth grounds of the motion are well taken or not, for the reason that the transcript fails to show that any such rulings were made as are complained of, and also because the evidence introduced at the trial is not contained therein. The remaining grounds on which a new trial was asked all relate to the instructions which it is said are erroneous. As abstract propositions it seems to us the instructions are correct and the presumption obtains that the court was justified in giving them under the evidence, and therefore we are unable to say the instructions are not correct in every particular. We are unable to find any error in the record, and therefore the judgment of the district court is

AFFIRMED.